UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL STEVENS and LADALE JACKSON, individually and on behalf of all similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>STATE FARM MUTUAL, INC.; STATE FARM GENERAL INCORPORATED and DOES 1 through 50, inclusive<br><br>                Defendants. | Case No. 2:22-cv-06362-FLA (MAAx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT [DKT. 17]**<br><br>Action Filed:    July 6, 2022 |

On September 13, 2022, Plaintiffs Carmel Stevens and Ladale Jackson and Defendants State Farm Mutual Automobile Insurance Company and State Farm General Insurance Company (collectively, the "Parties") filed a Joint Stipulation to Extend Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Complaint ("Stipulation").  Dkt. 17.

The court, having considered the Joint Stipulation and finding good cause therefor, hereby GRANTS the Parties' request and ORDERS as follows:

1. Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is CONTINUED to November 14, 2022.

IT IS SO ORDERED.

Dated: September 19, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Court

1