1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL STEVENS and LADALE JACKSON, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL, INC.; STATE FARM GENERAL INCORPORATED and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:22-cv-06362-FLA (MAAx)<br><br>**ORDER DENYING STIPULATION TO CONTINUE SCHEDULING CONFERENCE UNTIL AFTER THE RESOLUTION OF DEFENDANTS' MOTION TO DISMISS [DKT. 19]**<br><br>Action Filed:     July 6, 2022 |

1   On October 11, 2022, Plaintiffs Carmel Stevens and Ladale Jackson and Defendants State Farm Mutual Automobile Insurance Company and State Farm General Insurance Company (collectively, the "Parties") filed a Stipulation to Continue Scheduling Conference Until After Resolution of Defendants' Motion to Dismiss. Dkt. 19.  The Parties contend that conducting a scheduling conference before Defendants' Motion to Dismiss is resolved is likely to be inefficient and result in a schedule that will ultimately need to be modified.  *Id.* at 1-2.

The Parties do not cite any legal authority for the proposition that the pendency of a potentially dispositive motion is sufficient to establish good cause for a de facto stay of this action.  Accordingly, the Stipulation is DENIED.

IT IS SO ORDERED.

Dated: October 11, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge