Carl E. Douglas, Esq. (SBN: 097011)
Jamon R. Hicks, Esq. (SBN: 232747)
Bianca V. Perez, Esq. (SBN: 327590)
***DOUGLAS / HICKS LAW, APC***
5120 W. Goldleaf Cir, Suite 140
Los Angeles, California 90056
Telephone: (323) 655-6505
Facsimile: (323) 927-1941
Jamon@douglashickslaw.com
Bianca@douglashickslaw.com

Attorneys for Plaintiffs,
CARMEL STEVENS and LADALE JACKSON, individually and on behalf of all similarly situated

# UNITED STATES OF DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL STEVENS and LADALE JACKSON, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL, INC.; STATE FARM GENERAL INCORPORATED; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-06362 FLA (MAAx)<br><br>**PLAINTIFFS' NOTICE OF INTENTION TO FILE A FIRST AMENDED COMPLAINT**<br><br>(Los Angeles Superior Court Case No. 22STCV21865)<br><br>Action Filed: July 6, 2022<br>Trial Date: None Set |

1

**PLAINTIFFS' NOTICE OF INTENTION TO FILE A FIRST AMENDED COMPLAINT**

TO THE COURT AND ALL INTERESTED PARTIES:

Please take notice that pursuant to FRCP 15(a)(1), in lieu of filing an Opposition to Defendants' Motion to Dismiss, Plaintiffs will file a First Amended Complaint on or before December 5, 2022 (which is 21 days after Defendants filed their Motion to Dismiss).

Respectfully Submitted,

Dated: November 15, 2022

**DOUGLAS / HICKS LAW, APC**

By: */s/ Jamon R. Hicks*
Jamon R. Hicks, Esq.
Attorney for Plaintiffs

2
**PLAINTIFFS' NOTICE OF INTENTION TO FILE A FIRST AMENDED COMPLAINT**