1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL STEVENS and LADALE JACKSON, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL, INC.; STATE FARM GENERAL INCORPORATED; STATE FARM LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. 2:22-cv-06362 FLA (MAAx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM GENERAL INSURANCE COMPANY, AND STATE FARM LIFE INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Action Filed:   July 6, 2022 |

On December 19, 2022, Defendants State Farm Mutual Automobile Insurance Company (erroneously sued as State Farm Mutual, Inc.), State Farm General Insurance Company (erroneously sued as State Farm General Incorporated), and State Farm Life Insurance Company (together, the "Defendants") filed a Motion to Dismiss Plaintiffs' First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state any claim against Defendants.

The Court, having considered the Motion and finding good cause therefor, hereby GRANTS Defendants' Motion and ORDERS as follows:

Plaintiffs' First Amended Complaint is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS SO ORDERED.


Dated: _____, 2022



_____
FERNANDO L. AENLLE-ROCHA
United States District Judge