GIBSON, DUNN & CRUTCHER LLP
MARCELLUS A. MCRAE, SBN 140308
   MMcRae@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
   HRichardson@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
   BHamburger@gibsondunn.com
TIAUNIA N. HENRY, SBN 254323
   THenry@gibsondunn.com
DANIEL NOWICKI, SBN 304716
   DNowicki@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants State Farm Mutual Automobile Insurance Company (erroneously sued as State Farm Mutual, Inc.), State Farm General Insurance Company (erroneously sued as State Farm General Incorporated), and State Farm Life Insurance Company

*Additional Counsel on Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL STEVENS and LADALE JACKSON, individually and on behalf of all similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>STATE FARM MUTUAL, INC.; STATE FARM GENERAL INCORPORATED; STATE FARM LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 2:22-cv-06362 FLA (MAAx)<br><br>**JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Action Filed:   July 6, 2022<br>FAC Filed:     December 5, 2022 |

1. Carl E. Douglas, Esq. (SBN: 097011)
2. Jamon R. Hicks, Esq. (SBN: 232747)
3. Bianca V. Perez, Esq. (SBN: 327590)
   ***DOUGLAS / HICKS LAW, APC***
4. 5120 W. Goldleaf Cir. Suite 140
5. Los Angeles, California 90056
   Telephone: (323) 655-6505
6. Facsimile: (323) 927-1941
   Jamon@douglashickslaw.com
7. Bianca@douglashicklaw.com

Attorneys for Plaintiffs,
CARMEL STEVENS and LADALE JACKSON, individually and on behalf of all similarly situated

## JOINT REQUEST PURSUANT TO LOCAL RULE 83-9.2

As required by Local Rule 83-9.2, counsel of record for Plaintiffs Carmel Stevens and Ladale Jackson ("Plaintiffs") and Defendants State Farm Mutual Automobile Insurance Company (erroneously sued as State Farm Mutual, Inc.), State Farm General Insurance Company (erroneously sued as State Farm General Incorporated), and State Farm Life Insurance Company ("Defendants") hereby submit the following joint request that the Court render and file its decision on Defendants' Motion to Dismiss the First Amended Complaint (Dkt. 34) ("Motion to Dismiss"):

WHEREAS, on December 5, 2022, Plaintiffs filed a First Amended Complaint (Dkt. 32);

WHEREAS, on December 19, 2022, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 34);

WHEREAS, on December 30, 2022, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 35);

WHEREAS, on January 6, 2023, Defendants filed their reply in support of their Motion to Dismiss (Dkt. 36), constituting the last memorandum permitted to be filed in connection with the Motion to Dismiss, *see* Local Rule 83-9.1.1(a);

WHEREAS, on January 17, 2023, the Court took the Motion to Dismiss under submission without hearing (Dkt. 37);

WHEREAS, the Court has not yet rendered and filed its decision on Defendants' Motion to Dismiss;

//
//
//
//
//
//
//

1  NOW, THEREFORE, pursuant to Local Rule 83-9.2, all counsel hereby request that the Court render and file its decision on Defendants' Motion to Dismiss without further delay.[1]

DATED: June 27, 2023          GIBSON, DUNN & CRUTCHER LLP

By: */s/ Bradley J. Hamburger*
        Bradley J. Hamburger

Attorneys for Defendants State Farm Mutual Automobile Insurance Company, State Farm General Insurance Company, and State Farm Life Insurance Company

DATED: June 27, 2023          DOUGLAS / HICKS LAW, APC

By: */s/ Jamon R. Hicks*
        Jamon R. Hicks

Attorneys for Plaintiffs
CARMEL STEVENS and LADALE JACKSON

---

[1] The parties are aware of and acknowledge the significant demands on this Court, as outlined in the Court's May 12, 2023 order in *Callen v. Resonant, Inc.*, No. 2:22-cv-03403-FLA (ASx), Dkt. 50, and are filing this notice only in order to comply with the requirements of Local Rule 83-9.2.

## **ECF ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I, Bradley J. Hamburger, attest that concurrence in the filing of this document has been obtained from Jamon R. Hicks.

DATED: June 27, 2023

By:     */s/ Bradley J. Hamburger*
                      Bradley J. Hamburger