**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEL STEVENS, et al., <br><br> PLAINTIFFS, <br> v. <br><br> STATE FARM MUTUAL INC., et al., <br><br> DEFENDANTS. | CASE NUMBER: <br><br> 2:22-cv-06362-FLA (MAAx) <br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT [DKT. 38]** |

The court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| June 27, 2023 | 38 | Joint Request for Decision |
| | | |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☒ Other:

The parties did not submit the request within 130 days after the motion was submitted for decision. *See* Local Rule 83-9.2.

Dated: July 24, 2023          By: _____
                                   United States District Judge

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)                    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)