GIBSON, DUNN & CRUTCHER LLP
MARCELLUS MCRAE, SBN 140308
  MMcrae@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  HRichardson@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  BHamburger@gibsondunn.com
TIAUNIA N. HENRY, SBN 254323
  THenry@gibsondunn.com
DANIEL NOWICKI, SBN 304716
  DNowicki@gibsondunn.com
NASIM KHANSARI, SBN 320719
  NKhansari@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000

Attorneys for Defendants State Farm Mutual Automobile Insurance Company (erroneously sued as State Farm Mutual, Inc.), State Farm General Insurance Company (erroneously sued as State Farm General Incorporated), and State Farm Life Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL STEVENS and LADALE JACKSON, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL, INC.; STATE FARM GENERAL INCORPORATED; STATE FARM LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-06362 FLA (MAAx)<br><br>**NOTICE OF APPEARANCE OF NASIM KHANSARI**<br><br>Action Filed: July 6, 2022<br>FAC Filed: December 5, 2022<br>Trial Date: None set |

Gibson, Dunn & Crutcher LLP

NOTICE OF APPEARANCE OF NASIM KHANSARI

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Nasim Khansari of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 320719) and admitted to practice in this Court, hereby appears on behalf of Defendants State Farm Mutual Automobile Insurance company (erroneously sued as State Farm Mutual, Inc.), State Farm General Insurance Company (erroneously sued as State Farm General Incorporated), and State Farm Life Insurance Company (the "Defendants"), in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on their behalf. Ms. Khansari's address, telephone, facsimile, and email are as follows:

> Nasim Khansari
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, CA 94105-0921
> Telephone:   213.229.7981
> Facsimile:   213.229.6981
> nkhansari@gibsondunn.com

Dated: August 9, 2023

Gibson, Dunn & Crutcher LLP

By: */s/ Nasim Khansari*
   Nasim Khansari

Attorney for Defendants State Farm Mutual Automobile Insurance Company, State Farm General Insurance Company, and State Farm Life Insurance Company