GIBSON, DUNN & CRUTCHER LLP
HEATHER L. RICHARDSON, SBN 246517
　HRichardson@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
　BHamburger@gibsondunn.com
TIAUNIA HENRY, SBN 254323
　THenry@gibsondunn.com
DANIEL NOWICKI, SBN 304716
　DNowicki@gibsondunn.com
NASIM KHANSARI, SBN 320719
　NKhansari@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants State Farm Mutual Automobile Insurance Company (erroneously sued as State Farm Mutual, Inc.), State Farm General Insurance Company (erroneously sued as State Farm General Incorporated), and State Farm Life Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL STEVENS and LADALE JACKSON, individually and on behalf of all similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STATE FARM MUTUAL, INC.; STATE FARM GENERAL INCORPORATED; STATE FARM LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-06362 FLA (MAAx)<br><br>**DECLARATION OF NASIM KHANSARI IN SUPPORT OF DEFENDANTS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM GENERAL INSURANCE COMPANY, AND STATE FARM LIFE INSURANCE COMPANY'S RESPONSE TO COURT'S JULY 28, 2023 ORDER TO SHOW CAUSE**<br><br>Action Filed:　July 6, 2022<br>FAC Filed:　December 5, 2022<br>Trial Date:　None set |

I, Nasim Khansari, declare as follows:

1. I am an attorney duly licensed to practice law before all the courts of the State of California as well as the United States District Court for the Central District of California. I am an associate at the law firm Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Defendants State Farm Mutual Automobile Insurance Company, State Farm General Insurance Company, and State Farm Life Insurance Company (collectively, "Defendants") in the above-entitled action. I provide this declaration in support of Defendants' Response to the Court's July 28, 2023 Order To Show Cause. Unless otherwise stated, I have personal knowledge of the matters herein, and if asked to testify thereto, I would do so competently.

2. Not including this action, I have represented defendants in fifteen Unruh Act cases that were based on claims of race discrimination. Fourteen of those cases were in arbitration and one case was in federal court. Over the past two years, five of these Unruh Act arbitrations resulted in attorneys' fees awards to plaintiffs. In these five arbitrations, I reviewed and contested plaintiffs' requests for attorneys' fees, including their billing records and hourly rates. In these arbitrations, the plaintiffs requested fee awards for time spent conducting lay witness depositions, expert depositions, and drafting various motions, including motions for summary adjudication.

3. Based on my experience defending Unruh Act claims, including my experience reviewing fee requests and fee awards, and my familiarity with the allegations made in this action, the estimate that Plaintiffs' counsel will spend at least 256 hours to litigate this case through trial is reasonable and, in fact, conservative.

4. Based on my experience defending Unruh Act claims, including my experience reviewing fee requests and fee awards, and my familiarity with the allegations made in this action, the estimate that Plaintiffs' counsel could receive a fee award calculated using an hourly rate of at least $750 is also reasonable.

//
//

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.

4  Executed on this 10th day of August, 2023, at Long Beach, California.

_____
Nasim Khansari