

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

September 28, 2023

　Superior Court for the State of California, Los Angeles　
　111 N. Hill Street　
　Los Angeles, CA 90012　

Re:　Case Number:　____2:22−cv−06362−FLA−MAA____
　　　Previously Superior Court Case No. ____22STCV21865____
　　　Case Name: ____CARMEL STEVENS et al v. STATE FARM MUTUAL, INC. et al____

Dear Sir/Madam:

　　Pursuant to this Court's ORDER OF REMAND issued on ____09/27/23____, the above−referenced case is hereby remanded to your jurisdiction.

　　Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

　　Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Rebeca D Olmos_
　　Deputy Clerk
　　rebeca_olmos@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____　　　　　　　　　　　By: _____
Date　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk